ORIGINAL

lorettataianaocpl

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 28 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00038 |
| Plaintiff, ) | **COMPLAINT** |
| vs. ) | **POSSESSION OF A THREATENED SPECIES** [16 U.S.C. § 1538(a)(1)(D)] |
| LORETTA SANCHEZ TAIANAO, ) | |
| Defendant. ) | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about August 24, 2006, within the District of Guam, the defendant herein, LORETTA SANCHEZ TAIANAO, did unlawfully and knowingly possess one (1) green sea turtle (*chelonia mydas*) that was taken in violation of Title 50, Code of Federal Regulations, § 17.42(b)(1),

All in violation of Title 16, United States Code, §§ 1538(a)(1)(D).

1

COMPLAINANT FURTHER STATES:

1) On August 24, 2006, the capapace of a Green Sea turtle was found at the residence of LORETTA SANCHEZ TAIANAO. At the request of Guam Aquatics and Wildlife Service personnel, TAIANAO gave them permission to search her residence. Ten pounds of Green Sea turtle meat was found in the freezer.

2) I interviewed TAIANAO later on August 24. She told me that she had purchased the Green Sea turtle on August 18, 2006, and she had slaughtered it on August 22, 2006, and put the meat in the freezer.

3) The Green Sea turtle is a threatened species under the Endangered Species Act of 1973, and its taking, possession or slaughter is prohibited by 16 U.S.C. §§ 1539(a)(1)(D) and 1540, and Title 50, Code of Federal Regulations, § 17.42(b)(1).

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHARLES J. RATERMAN
Special Agent, NOAA

SUBSCRIBED AND SWORN TO before me on this 28th day of August, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

2