| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Docket Number __06-00038__

Superseding Indictment _____

Same Defendant _____  New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name ___LORETTA SANCHEZ TAIANAO___

Alias Name _____

Address _____

___Chalan Pago, Guam___

Birthdate xx/xx/1970   SS# xxx-xx-2957   Sex __F__   Race __PI__   Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**RECEIVED AUG 28 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty  __X__ Misdemeanor  ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  16 USC 1538(a)(1)(D) | Possession of a Threatened Species | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __8/28/06__   Signature of AUSA: __Karon V. Johnson__