FILED
DISTRICT COURT OF GUAM
AUG 30 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>**LORETTA SANCHEZ TAIANAO,**<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 06-00038<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to August 28, 2006.

Dated this 30th day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM