PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**   [ ] **Notice of Disposition**

**FILED**
**DISTRICT COURT OF GUAM**
**SEP - 1 2006**
**MARY L.M. MORAN**
~~CLERK OF COURT~~

Date: **August 30, 2006**
By: **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**

Date: _____
By: _____

| | | | |
|---|---|---|---|
| Defendant: | **TAIANAO, Loretta Sanchez** | Case Number: | **USDC Cr. Cs. No. 06-00038-001** |
| Date of Birth: | **XX-XX-1970** | Place of Birth: | **Tamuning, Guam - USA** |
| SSN: | **XXX-XX-2957** | | |

**NOTICE OF COURT ORDER** (Order Date: **August 30, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  □ Not Convicted - Document returned to defendant.
  □ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  □ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)

**ORIGINAL**