lorettataianaodism

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00038 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS COMPLAINT** |
| LORETTA SANCHEZ TAIANAO, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendant, LORETTA SANCHEZ TAIANAO, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this 12th day of September 2006.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
    KARON V. JOHNSON
    Assistant U.S. Attorney