LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00038 |
| Plaintiff, | |
| vs. | |
| LORETTA SANCHEZ TAIANAO, | **ORDER DISMISSING COMPLAINT** |
| Defendant. | |

Upon motion by the Government,

IT IS SO ORDERED that the complaint in the above case is dismissed without prejudice.

Dated this 18th day of September 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge