PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | John W. San Nicolas II, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[ ] **Original Notice**         [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **August 30, 2006** | Date: | **September 18, 2006** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **TAIANAO, Loretta Sanchez** | Case Number: | **USDC Cr. Cs. No. 06-00038-001** |
| Date of Birth: | XX-XX-1970 | Place of Birth: | Tamuning, Guam - USA |
| SSN: | XXX-XX-2957 | | |

**FILED**
**DISTRICT COURT OF GUAM**
**SEP 25 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

**NOTICE OF COURT ORDER** (Order Date: **August 30, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted. (**CASE DISMISSED ON SEPTEMBER 18, 2006**)

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)

**ORIGINAL**