FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

FILED
DISTRICT COURT OF GUAM
MAR 21 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>LORETTA SANCHEZ TAIANAO<br>Defendant. | CRIMINAL CASE NO. 06-00038<br><br>**APPLICATION FOR<br>RELEASE OF PASSPORT** |

COMES NOW, U.S. Probation Officer Rossanna Villagomez-Aguon, in the above-captioned case and requests for the release of the U.S. Passport Number XXXXXX to the defendant, Loretta Sanchez Taianao. The passport was released to the U.S. Probation Office for transmission to the U.S. Department of State. The Criminal Complaint filed in this case was dismissed on September 18, 2006, and the passport should be returned to the defendant.

Dated this _____ day of March 2007.

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer