1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  ROSSANNA VILLAGOMEZ-AGUON
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

6

7  **IN THE DISTRICT COURT OF GUAM**

8  **FOR THE DISTRICT OF GUAM**

9

10 | UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. 06-00038
   | )
11 | Plaintiff, )
   | ) **ORDER RELEASING PASSPORT**
12 | vs. )
   | )
13 | LORETTA SANCHEZ TAIANAO, )
   | )
14 | Defendant. )
15 | _____ )

16

17      Upon application by the U.S. Probation Office,

18      IT IS HEREBY ORDERED that the U.S. Probation Office release the passport to the

19 Defendant.

20

21                          /s/ Joaquin V.E. Manibusan, Jr.
                              U.S. Magistrate Judge
22                          **Dated: Mar 21, 2007**